Mr. Sylla may travel to the Western District of Pennsylvania as request, as long as he notifies his supervising Pretrial Services Officer in two business days in advance and provides the particulars.

SO ORDERED.

*Cathy Seibel* 12/14/23
CATHY SEIBEL, U.S.D.J.

*The Law Offices of Diane Ferrone, PLLC*
*1740 Broadway, 15th Floor*
*New York, NY 10019*
*Tel (646) 337-9010*
*Fax (212) 401-0206*
*diane@dianeferronelaw.com*
*www.dianeferronelaw.com*

December 14, 2023

**VIA ECF**

Honorable Cathy Seibel
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Lassana Sylla</u>, 23-cr-135 (CS)

Dear Judge Seibel:

  I write, with no objection from the government, to respectfully request a modification to the above defendant's bail conditions. Specifically, it is requested that Mr. Sylla's bail be modified to permit him to travel, with prior approval from Pretrial Services, to the Western District of Pennsylvania, where his wife and children reside.

  Mr. Sylla's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey and the Eastern District of Pennsylvania (where he resides).

  As noted, the government has no objection to the request, and Pretrial Services has advised that it takes no position on this application.

  Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Diane Ferrone

cc: All Parties (via ECF)
   Pretrial Services Officer Tara Sawicki (via email)