**MEMO ENDORSED**

*The Law Offices of Diane Ferrone, PLLC*
*1740 Broadway, 15th Floor*
*New York, NY 10019*
*Tel (646) 337-9010*
*diane@dianeferronelaw.com*
*www.dianeferronelaw.com*

January 9, 2024

**VIA ECF**

Honorable Cathy Seibel
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Application Granted / ~~Denied~~
So Ordered.

*/s/ Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 1/9/24

Re: <u>United States v. Lassana Sylla</u>, 23-cr-135 (CS)

Dear Judge Seibel:

I write, with no objection from the government, to respectfully request a modification to the above defendant's bail conditions.

Mr. Sylla's current conditions of release restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey and the Eastern District of Pennsylvania. The Court recently granted Mr. Sylla permission to travel to the Western District of Pennsylvania, where his wife and children were living, with advance notice to his Pretrial Services Officer. Mr. Sylla's wife and children, however, recently moved to Delaware, at an address that has been provided to Pretrial Services.

Upon contacting Pretrial Services about adding the District of Delaware to the defendant's bond, Mr. Sylla's Pretrial Services Officer suggested counsel ask that the bond be modified to restrict travel to the previously approved districts unless prior permission is granted by Pretrial Services. As noted, the government has no objection to the request. *

Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Diane Ferrone

cc:    All Parties (via ECF)
       Pretrial Services Officer Tara Sawicki (via email)