Application granted.

SO ORDERED.

*Cathy Seibel*    1/5/24

CATHY SEIBEL, U.S.D.J.

# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 5, 2024

Via ECF
Hon. Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:    *USA v. Lassana Sylla*, S2 23 CR 135 CS
       **REQUEST FOR PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor,

     I was appointed pursuant to the Criminal Justice Act, on November 30, 2023, to serve as counsel for defendant, Lassana Sylla and, along with associate counsel Diane Ferrone, Esq., represented Sylla through trial.

     Accordingly, while this matter is pending sentencing scheduled for May 23, 2024, I request permission to file interim vouchers on the eVoucher system.

                                                  Respectfully submitted,

                                                  Daniel A. Hochheiser

Cc: All counsel via ECF