

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 21, 2024

The Clerk of Court is respectfully directed to maintain ECF No. 136 under seal.

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.

6/21/24

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Lassana Sylla*, 23-CR-00135-002 (CS)

Dear Judge Seibel:

    The Government respectfully requests, pursuant to the E-Government Act of 2002 and the Southern District's ECF Rules & Instructions, Section 21, Privacy and Public Access to ECF cases, that Document 136 in the above-captioned case be sealed. This document, which was erroneously filed (as reflected on the docket) and is not publicly available at this time, is an unredacted copy of the exhibits to the Government's sentencing memorandum (Doc. 135), which contains financial account information. A redacted copy of the document redacting the financial account information was filed prior to sentencing as Document 137.

                                      Sincerely,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                        By: *[signature]*
                                        Shaun E. Werbelow
                                        Assistant United States Attorney, S.D.N.Y
                                        (914) 993-1962

cc: Daniel A. Hochheiser, Esq.
    Diane Ferrone, Esq.